# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 14, 2014

## NO. 03-11-00115-CV

**Axel D. Haubold, Appellant**

**v.**

**Medical Carbon Research Institute, LLC; MCRI, Inc.; and On-X Life Technologies, Appellees**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PURYEAR AND GOODWIN
## AFFIRMED IN PART; REVERSED AND RENDERED IN PART --
## OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on December 15, 2010. Having reviewed the record and the parties' arguments, the Court holds that there was error in the trial court's judgment. The Court reverses the portion of the judgment that relates to the trial court's award of attorney's fees to Medical Carbon Research Institute, LLC, and related companies, MCRI, Inc., and On-X Life Technologies on their counterclaim and renders that Medical Carbon Research Institute, LLC, and related companies, MCRI, Inc., and On-X Life Technologies take nothing on their counterclaim. The Court affirms the remainder of the trial court's judgment. Each party shall bear its own costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.